SLATTERY et al. v. BOARD OF COM'RS OF CADDO LEVEE DIST. (Circuit Court of Appeals, Fifth Circuit. April 10, 1912.) No. 2,314. In Error to the Circuit Court of the United States for the Western District of Louisiana. Edward Barnett (Slattery & Slattery, on the brief), for plaintiffs in error. David T. Land, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. Following McGilvra v. Ross, 215 U. S. 71, 30 Sup. Ct. 27, 54 L. Ed. 95, the decree of the Circuit Court is reversed, and the cause is

remanded, with directions to sustain the exception of no jurisdiction and dismiss plaintiff's petition.